PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: JONES, Charles E.                                        Cr.: 04-00798-001
                                                                           PACTS #: 40625

Name of Sentencing Judicial Officer: Honorable John W. Bissell

Date of Original Sentence: 08/23/05

Original Offense: Conspiracy to Possess With Intent to Distribute Heroin

Original Sentence: 32 months imprisonment; three (3) years supervised release; $6,000 fine to be satisfied in monthly installments of $150; $100 special assessment. Special conditions: 1) financial disclosure; 2) no new debt; and 3) DNA collection.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 01/24/08

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Between July 2009 and September 2009, Jones associated with Jesse Barron, a convicted felon, without permission from the Probation Office. |
| 2 | The offender earned income from a business venture which was initially unreported to the Probation Office. Specifically, on September 10, 2009, during an office interview, Jones admitted earning approximately $2,500 as a broker for GFREX Auto. This revelation was the result of an internal investigation. |

U.S. Probation Officer Action: Probation will present this document to Jones as a formal reprimand issued under the authority of the Court. The acts detailed within may be included in a violation report if the Probation Office deems fit and non-compliance continues.

Respectfully submitted,

By: Joseph Empirio, USPO

Date: 11/19/09

[X] U.S. Probation Officer will present this document to the defendant as a formal written reprimand, issued with the approval and under the authority of the United States District Court.
[ ] Submit a Request for Warrant or Summons.
[ ] Other

Signature of Judicial Officer

11/25/09
Date