PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 701
Newark, NJ  07102
(973) 645-2736
LAB0321
(FLU:PM)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          *Plaintiff,*<br>v.<br><br>CHARLES E. JONES,<br>          *Defendant,*<br> and<br><br>WHITE ROSE, INC.,<br>and its successors or assigns,<br><br>          *Garnishee.* | Hon. FAITH S. HOCHBERG<br><br>Criminal No. **04-798**<br><br>**CONSENT<br>GARNISHEE ORDER** |

  WHEREAS, judgment was entered on the 23rd day of August 2005 in the above action in the United States District Court, District of New Jersey, between the United States of America, plaintiff and Charles E. Jones, defendant for the sum of $6,100.00. The sum of $3,194.50 is now actually due thereon; it is hereby

  AGREED that defendant, Charles E. Jones consents to the following: White Rose Inc., Garnishee shall pay $150.00 of defendant's net monthly wages to plaintiff and continue said

payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court.

_____
CHARLES E. JONES
Defendant

By: _____
LEAH A. BYNON
Assistant U.S. Attorney

IT IS SO ORDERED this 19th day of January, 2009.

_____
HON. FAITH S. HOCHBERG, JUDGE
UNITED STATES DISTRICT COURT